Schwartz v Schwartz (2025 NY Slip Op 02541)

Schwartz v Schwartz

2025 NY Slip Op 02541

Decided on April 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 25, 2025

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND DELCONTE, JJ. (Filed Apr. 25, 2025.) 

MOTION NO. (885/24) CA 24-00556.

[*1]MELINDA SCHWARTZ, PLAINTIFF-RESPONDENT,
v
DANIEL A. SCHWARTZ, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.